# EXHIBIT 1

American Dental Association
ADA ASSOCIATION
Membership Processing Dept.
P.O. Box 1483
Brockton, MA 02303-1483

# INVOICE

Accounts Receivable Department
Attn: Office Manager
2012-13 Membership Dues

| | |
|---|---|
| **Invoice #** | 3564 |
| **Invoice Date** | 12/30/2011 |
| **Due Date** | 01/20/2012 |

| Item | Description | Unit Price | Quantity | Amount |
|------|-------------|------------|----------|--------|
| Service | 2012-13 Annual Membership Dues | 1.00 | 575.00 | 575.00 |

NOTES: All checks payable to: ADA ASSOCIATION
Membership Processing Dept.
P.O. Box 1483
Brockton, MA 02303-1483

Thank you for your prompt payment!

TAX ID: 04-3500847

| | |
|---|---|
| **Subtotal** | 575.00 |
| **Total** | 575.00 |
| **Amount Paid** | 0.00 |
| **Balance Due** | $575.00 |

To opt out from future faxes go to www.deletemyfaxnumber.com and enter PIN# 15083 or call 877-284-7887. The recipient
may make a request to the sender not to send any future faxes and that failure to comply with the request within 30 days is unlawful.

National Manufacturers Association
NAM Association
Membership Processing Dept.
859 Willard Street
Quincy, MA 02169

# INVOICE

Accounts Receivables Dept.
2012 Annual Membership Dues

| | |
|---|---|
| **Invoice #** | 4596 |
| **Invoice Date** | 01/09/2012 |
| **Due Date** | 01/23/2012 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Service | 2012-2013 Annual Membership Dues | 1.00 | 575.00 | 575.00 |

<u>NOTES:</u> TAX Id: 04-3500847

Mailing address: NAM Association
Membership Processing Department
859 Willard Street
Quincy, MA 02169

| | |
|---|---|
| **Subtotal** | 575.00 |
| **Total** | 575.00 |
| **Amount Paid** | 0.00 |
| **Balance Due** | $575.00 |

To opt out from future faxes go to www.deletemyfaxnumber.com and enter PIN# 15083 or call 877-284-7887. The recipient may make a request to the sender not to send any future faxes and that failure to comply with the request within 30 days is unlawful.

APRA Association
Parts Remanufacturers Association
Membership Processing Dept.
3 Blaine Street
Brockton, MA 02301

# INVOICE

Accounts Receivable Dept.
2012 Annual Membership Dues

| | | |
|---|---|---|
| **Invoice #** | 3465 |
| **Invoice Date** | 01/04/2012 |
| **Due Date** | 01/31/2012 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Service | 2012-13 Annual Membership Dues | 585.00 | 1.00 | 585.00 |

NOTES: All checks payable to: APRA Association
Membership Processing Dept.
3 Blaine Street
Brockton, MA 02301

TAX ID: 043500847

Tax ID: 04-3500847

| | |
|---|---|
| **Subtotal** | 585.00 |
| **Total** | 585.00 |
| **Amount Paid** | 0.00 |
| **Balance Due** | $585.00 |

To opt out from future faxes go to www.deletemyfaxnumber.com and enter PIN# 15083 or call 877-284-7887. The recipient may make a request to the sender not to send any future faxes and that failure to comply with the request within 30 days is unlawful.

**Transportation Management**

The American Truckers Association, Inc.
ATA Association
3 Blaine Street
Brockton, MA 02301

# INVOICE

Account Receivables Dept.
2012-13 Annual Membership Dues

| | |
|---|---|
| Invoice # | 6432 |
| Invoice Date | 02/03/2012 |
| Due Date | 03/05/2012 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Service | 2012-13 Annual Membership Dues | 685.00 | 1.00 | 685.00 |
| | 2012-13 Membership Directory Listing | | | |

NOTES: TAX ID: 043500947

Please submit payment to: Membership Processing Dept.
ATA Association
3 Blaine Street
Brockton, MA 02301

| | |
|---|---|
| Subtotal | 685.00 |
| Total | 685.00 |
| Amount Paid | 0.00 |
| Balance Due | $685.00 |

To opt out from future faxes go to www.dialdownthenumber.com and enter PIN# 15063 or call 877-284-7837. The recipient may make a request to the sender not to send any future faxes and that failure to comply with the request within 30 days is unlawful.

Attn: Michelle Rockwell

### THE AMERICAN GENERAL CONSTRUCTION DIRECTORY
National Association for General Contractors & Home Builders, Inc.

# 2009 Allied Membership Application

**Company Information** - *Please print or type clearly*

| Company Name | | Contact Person | |
|---|---|---|---|
| | | | |
| **Mailing Street Address** | | **County** | |
| | | | |
| **Town/City** | | **State** | **Zip Code** |
| | | | |
| **Telephone** | | **Facsimile** | |
| | | | |
| **Website Address** | | **Email Address** | |
| | | | |

**Membership Type** - *Please check all services you may offer*

| | | |
|---|---|---|
| ☐ General Contractor | ☐ Sub Contractor | ☐ Home Builder |
| ☐ Contractor Specialist | ☐ Contractor Supplier | ☐ Finance / Banking |
| ☐ Legal Services | ☐ Home Inspector | ☐ Electrician |
| ☐ Plumber/Heating/AC | ☐ Real Estate Broker | ☐ Real Estate Appraiser |
| ☐ Landscape Architects | ☐ Mortgage Broker | |
| ☐ Allied / Other | | |

## 2009 Membership Online Directory Listing

1 Year Annually  ································································  $75.00

Please make check payable to:
**N.A.G.C.**

**Please mail back completed application and dues to the Membership Processing Department:**

| | |
|---|---|
| **Corporate Headquarters** | **Membership Processing Department** |
| 101 Federal Street, 19ᵗʰ Fl. | 27 Glen Street, Suite 11 |
| Boston, MA 02110 | Stoughton, MA 02072 |

Telephone: (617) 342-7205 | www.generalcontractorshomebuilders.org | Fax: (617) 342-7080

To opt out from future faxes go to www.deletemyfaxnumber.com enter Pin # 15083 or call (877) 284-7887. The recipient may make a request to the sender not to send any future faxes and that failure to comply with the request within 30 days is unlawful

*Membership Renewal*

# THE AMERICAN GENERAL CONTRACTORS DIRECTORY
## 2009 MEMBERSHIP DIRECTORY LISTING APPLICATION

### Provide Company Information
Please print or type clearly.

Company Name

Contact Person

Mailing Address                              County

Town/City                    State           Zip code

Telephone                          Facsimile

Web site                           Email

### Membership Type:
( Please check all services you may offer )

General Contractor_____  Sub Contractor_____  Contractor Specialist_____

Contractor Supplier_____  Finance/ Banking_____  Legal Services_____

Allied/Other_____

_____

2009 Membership Directory Listing

1 year annually.............................................................$ 150.00

Please make check payable to: American General Contractors Directory, Inc.

Mail to: Membership Dept. 27 Glen Street, Suite 11, Stoughton, MA. 02072

## THE AMERICAN GENERAL CONTRACTORS DIRECTORY

# 2009 Membership Annual Dues Application

**Company Information** - *Please print or type clearly*

| Company Name | Contact Person | |
|---|---|---|
| **Mailing Street Address** | **County** | |
| **Town/City** | **State** | **Zip Code** |
| **Telephone** | **Facsimile** | |
| **Website Address** | **Email Address** | |

**Membership Type** - *Please check all services you may offer*

| | | |
|---|---|---|
| ☐ General Contractor | ☐ Sub Contractor | ☐ Home Builder |
| ☐ Contractor Specialist | ☐ Contractor Supplier | ☐ Finance / Banking |
| ☐ Legal Services | ☐ Home Inspector | ☐ Electrician |
| ☐ Plumber/Heating/AC | ☐ Real Estate Broker | ☐ Real Estate Appraiser |
| ☐ Landscape Architects | ☐ Architect/Engineer Firm | |
| ☐ Allied / Other | | |

## 2009 Membership Directory Listing

1 Year Annually  ------------------------------------------------------------  $150.00

Please make check payable to:
**The American General Contractors Directory**

Please mail back completed application and dues to the Membership Processing Department:

**Corporate Headquarters**
101 Federal Street, 19ᵗʰ Fl.
Boston, MA 02110

**Membership Processing Department**
27 Glen Street, Suite 11
Stoughton, MA 02072

Telephone: (617) 342-7205                    Fax: (617) 342- 7080

Attn: Membership Dept

**NATIONAL ASSOCIATION OF GENERAL CONTRACTORS & HOME BUILDERS**

# 2009 Membership Online Directory Listing

**Company Information** - *Please print or type clearly*

| Company Name | Contact Person | |
|---|---|---|
| **Mailing Street Address** | **County** | |
| **Town/City** | **State** | **Zip Code** |
| **Telephone** | **Facsimile** | |
| **Website Address** | **Email Address** | |

**Membership Type** - *Please check all services you may offer*

| | | |
|---|---|---|
| ☐ General Contractor | ☑ Sub Contractor | ☐ Home Builder |
| ☐ Contractor Specialist | ☐ Contractor Supplier | ☐ Finance / Banking |
| ☐ Legal Services | ☐ Home Inspector | ☐ Electrician |
| ☐ Plumber/Heating/AC | ☐ Real Estate Broker | ☐ Real Estate Appraiser |
| ☐ Landscape Architects | ☐ Architect/Engineer Firm | |
| ☐ Allied / Other | | |

## 2009 Membership Online Directory Listing

1 Year Annually ............................................................... $150.00

Please make check payable to:
**General Contractors & Home Builders**

Please mail back completed application and dues to the Membership Processing Department:

**Corporate Headquarters**
101 Federal Street, 19ᵗʰ FL
Boston, MA 02110

**Membership Processing Department**
27 Glen Street, Suite 11
Stoughton, MA 02072

Telephone: (617) 342-7205 | www.generalcontractorshomebuilders.org | Fax: (617) 342-7080

To opt out from future faxes go to www.deletemyfaxnumber.com enter Pin # 15083 or call (877) 284-7887. The recipient may make a request to the sender not to send any future faxes and that failure to comply with the request within 30 days is unlawful

# 2011 MEMBERSHIP

**Attn: Membership Coordinator**

AMERICAN GENERAL CONSTRUCTION ASSOCIATION

# A.G.C.  2011 - 12

## ASSOCIATION MEMBERSHIP APPLICATION

### 1. COMPANY INFORMATION

| Company Name | Company Name to be Listed in Directory & Online *(if different)* |
|---|---|

| Street Address | Main Telephone | Fax |
|---|---|---|

| City | State | Zip | Website Address |
|---|---|---|---|

## 2. Primary Contact:

Name

Please add the following name to be listed in the Membership Directory and online:

| Phone | Fax | Email (For Internal Use Only) |
|---|---|---|

## 3. Business Category:

Please indicate the business category under which you would like to be listed:

## 4. Company Profile:

Please provide a description of your products and/or services:

## 6. 2011-12 Membership Dues Schedule

| Check one | Membership Type |
|---|---|
| ☐ | GENERAL CONTRACTORS |
| ☐ | SPECIALTY CONTRACTORS |
| ☐ | SERVICES / SUPPLIERS |
| 2011-2012 Annual Membership Dues $575.00 | |

**Please submit application with your check to:**

ATTN: AGC ASSOCIATION
Membership Processing Department
P.O. Box 2684
Brockton, MA 02305-2684
(703) 351 5298 Tax ID: 04-3500974

FOR INTERNAL USE ONLY Processed By: _____    Membership Activation Date: _____

**Corporate Headquarters - 1655 North Fort Myer Drive, Arlington, VA 22209**

To opt out from future faxes go to www.deletemyfaxnumber.com and enter PIN# 15083 or call 877-284-7887. The recipient may make a request to the sender not to send any future faxes and that failure to comply with the request within 30 days is unlawful.

# NATIONAL HOSPITAL ASSOCIATION

## 2009 Institutional Membership Application

### Provide Institutional Information
Please print or type clearly.

Institutional Name

Contact Person

Mailing Address

Town/City            State            Zip code

Telephone            Facsimile

Web site            Email

## Membership 2009 Annual Dues
**( Please calculate your Gross Revenue times .13 percent )**
    Example: $2,000,000 x  .13 = $2,600.00

**Institutional Gross Revenue:**

**x.13 percent:**

**Total 2009 Annual dues:**

Gross revenue equals hospital, home care and hospice patient care revenue from the most recently completed fiscal year. Membership dues are non refundable once this application is received and processed by the membership department.
Please mail and make the check payable to: National Hospital Association, Inc.
                                    1101 Pennsylvania Avenue
                                    Washington, DC 20004

Please mail application and payment to our Membership Department listed above.
    Membership Department: (202) 756-1964    Fax: (202) 756-7323

2011 ASSOCIATE MEMBERSHIP: Alex Garcia

**INVOICE NO:**
**15943**

# NATIONAL ASSOCIATION OF AMERICAN HOSPITALS

# A H A ASSOCIATION 2011

**ATTN: ACCOUNTS PAYABLES**
**MEMBERSHIP ANNUAL DUES**
**INVOICE APPLICATION**

## 1. COMPANY INFORMATION

| Company Name | Company Name to be Listed in Directory & Online *(if different)* |
|---|---|
| **Street Address** | **Main Telephone** / **Fax** |
| **City** / **State** / **Zip** | **Website Address** |

## 2. Primary Contact:

Name

Please add the following name to be listed in the Membership Directory and online:

| Phone | Fax | Email (For Internal Use Only) |
|---|---|---|

## 3. Business Category:

Please indicate the business category under which you would like to be listed:

## 4. Company Profile:

Please provide a description of your products and/or services:

## 6. 2011 Fiscal Year Membership Annual Dues  .................................... $895.00

**Please submit application with your check to:**

**ATTN: A.H.A. ASSOCIATION**
**Membership Processing Department**
**P.O. Box 542**
**South Easton, MA 02375-0542**
**Fax (202) 756-7323     TAX ID: 03-3583460**

**FOR INTERNAL USE ONLY**  Processed By: _____     Membership Activation Date: _____

**Corporate Headquarters - 1101 Pennsylvania Avenue NW, 6th Floor, Washington, DC 20004**
To opt out from future faxes go to www.deletemyfaxnumber.com and enter PIN# 15083, or call 877-284-7887. The recipient may make a request to the sender not to send any future faxes and that failure to comply with the request within 30 days is unlawful.

2011 N.A.H.C. MEMBERSHIP: Administrator

# NATIONAL HOME CARE & HOSPICE PALLIATIVE CARE ASSOCIATION

## 2010 N.A.H.C.P. Membership Annual Dues Application

### 1. Company Information:

| Company Name | Company Name to be Listed in Directory & Online *(if different)* |
|---|---|
| Sublette Center | Sublette Center Home Health and Hospice |

| Street Address | Main Telephone | Fax |
|---|---|---|
| | | |

| City | State | Zip | Website Address |
|---|---|---|---|
| Pinedale | WY | 82941 | www.subiettecenter.com |

### 2. Primary Contact:

Please add the following name to be listed in the Membership Directory and online:

| Name | Title |
|---|---|
| Heather J. McKee, MDiv NHA | Executive Director |

| Phone | Fax | Email (For Internal Use Only) |
|---|---|---|
| | | subcenter@centurytel.net |

### 3. Category:

Please indicate the category under which you would like to be listed:

Home Health and Hospice

### 4. Company Profile:

Please provide a description of your products and/or services:

RECEIVED 09/10/10

---

### 5. Employees:  Number of Employees: 4

### 6. 2010 Membership Annual Dues · $475.00

*Thank you for your investment in*
*The National Home Care & Hospice Palliative Care Association.*
*Please don't hesitate to contact us*
*with your questions or comments*

**Please submit application with your <u>check</u> to:**

ATTN: N.A.H.C.P.
Membership Processing Department
P.O. Box 542
South Easton, MA 02375-0542
Fax No: (617) 342-7080

---

FOR INTERNAL USE ONLY   Processed By: _____     Membership Activation Date: _____
To opt out from future faxes go to www.deletemyfaxnumber.com and enter PIN# 15083 or call 877-284-7887.  The recipient
may make a request to the sender not to send any future faxes and that failure to comply with the request within 30 days is unlawful.